IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  MANZOOR MEMON         CASE NO. 13-32851-H3-7
**DEBTOR**

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT** a **HEARING** in said cause is **SCHEDULED** For <u>SEPTEMBER 30, 2014 at 10:30 A.M.</u> in **HOUSTON**, 515 Rusk, 4th Floor, Courtroom 401 to consider the following:

MOTION TO APPROVE COMPROMISE AND SETTLEMENT (#56)

Said <u>MOTION</u> can be reviewed at the office of the Clerk of the Court, United States Courthouse, Houston, Texas, during business hours.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated: AUGUST 26, 2014        BY: _Maria Rodriguez_